1  ERIC GRANT
   United States Attorney
2  ANTONIO J. PATACA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,            CASE NO. 1:25-CR-00233-JLT

12                 Plaintiff,            STIPULATION SETTING CHANGE OF PLEA
                                         HEARING, EXTENSION OF TIME FOR
13       v.                              PRELIMINARY HEARING PURSUANT TO RULE
                                         5.1(D), AND EXCLUSION OF TIME
14  SAMMY GARCIA,

15                 Defendant.

16

17       Plaintiff United States of America, by and through its attorney of record, Assistant United States

18  Attorney ANTONIO J. PATACA, and defendant Sammy Garcia, both individually and by and through

19  his counsel of record, ERIN SNIDER, hereby stipulate as follows:

20       1.   The Complaint in this case was filed on August 26, 2025, and defendant first appeared

21  before a judicial officer of the Court in which the charges in this case were pending on December 3,

22  2025. The Court set a preliminary hearing date of December 17, 2025.

23       2.   On December 10, 2025, the Court granted an extension of time of the preliminary hearing

24  date to January 5, 2026, and excluded time between December 3, 2025, and January 5, 2026, pursuant to

25  18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

26       3.   On December 16, 2025, the parties filed a plea agreement and an Information, effectively

27  resolving the case pre-indictment.

28       4.   By this stipulation, the parties jointly move for an extension of time of the currently

   STIPULATION                           1

1  scheduled preliminary hearing date and request the Court set a change of plea hearing January 12, 2026,
2  at 9:00 a.m. pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

3      5.    The parties stipulate that the delay is required to allow the defense reasonable time for
4  preparation for the change of plea hearing.  The parties further agree that the interests of justice served
5  by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.
6  18 U.S.C. § 3161(h)(7)(A).

7      6.    The parties agree that good cause exists for the extension of time, and that the extension
8  of time would not adversely affect the public interest in the prompt disposition of criminal cases.
9  Therefore, the parties request that the time between January 5, 2026, and January 12, 2026, be excluded
10 pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

12     IT IS SO STIPULATED.

14 Dated:  December 16, 2025    ERIC GRANT
    United States Attorney

16     /s/ ANTONIO J. PATACA
    ANTONIO J. PATACA
    Assistant United States Attorney

19 Dated:  December 16, 2025    /s/ ERIN SNIDER
    ERIN SNIDER
    Counsel for Defendant
    SAMMY GARCIA

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to January 12, 2026.

2. A change of plea hearing is scheduled for January 12, 2026, at 9:00 a.m.

3. The time between January 5, 2026, and January 12, 2026, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:   **December 17, 2025**

*Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE

STIPULATION                                           3