HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
SAMMY BOOBOO GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SAMMY BOOBOO GARCIA,<br><br>Defendant. | Case No. 1:25-cr-00233-JLT-1<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; ORDER**<br><br>Date:   September 14, 2026<br>Time:  9:00 a.m.<br>Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Antonio Jose Pataca, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Sammy BooBoo Garcia, that the Court may continue the sentencing hearing currently scheduled for July 13, 2026, to September 14, 2026, at 9:00 a.m.

Mr. Garcia made his initial appearance on a criminal complaint on December 3, 2025. ECF #8. On December 17, 2025, the parties filed a stipulation to set the matter for a plea hearing on an Information. ECF #16. Mr. Garcia pled guilty to the sole count in the Information on January 12, 2026. ECF #21. At that time, the Court set the matter for sentencing on May 4, 2026. *Id.* The Court later continued the sentencing hearing to July 13, 2026, on its own motion. ECF #22.

The parties now request that the Court continue the sentencing hearing to September 14,

2026, at 9:00 a.m. Defense counsel requires additional time to conduct investigation relevant to sentencing. Defense counsel's schedule is impacted for the next two months, during which she has a motion to dismiss due; two weeks of pre-planned leave; and an involved sentencing hearing. Counsel for the government does not oppose the request for a continuance, and September 14, 2026, works for both parties.

**IT IS SO STIPULATED.**

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: July 6, 2026            */s/ Antonio Jose Pataca*
                              ANTONIO JOSE PATACA
                              Assistant United States Attorney
                              Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: July 6, 2026            */s/ Erin Snider*
                              ERIN SNIDER
                              Assistant Federal Defender
                              Attorney for Defendant
                              SAMMY BOOBOO GARCIA


**O R D E R**

**IT IS SO ORDERED.** The sentencing hearing scheduled for July 13, 2026, is hereby continued to September 14, 2026, at 9:00 a.m. before the Honorable Jennifer L. Thurston.

IT IS SO ORDERED.

Dated:   July 7, 2026

UNITED STATES DISTRICT JUDGE

Garcia – Stipulation to Continue Sentencing Hearing            2